IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL F. BOHMAN and
MICHELLE L. BOHMAN,

    Plaintiffs,

v.

CENLAR FSB and
GRAY AND ASSOCIATES, LLP,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-883-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Cenlar FSB and Gray and Associates, LLP granting the motion to dismiss and dismissing this case for lack of jurisdiction.

_____    2/8/2013
Peter Oppeneer, Clerk of Court        Date